Marian Garza
Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006
(817) 277-2011 Office
(888) 455-6662 Toll Free
(817) 461-8070 Fax

BANKRUPTCY SERVICER FOR BMW Bank of North America

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JAVIER REYES | § § | CASE NO. 16-00053-JJT-13 CHAPTER 13 |
| | § § | |
| DEBTOR(S) | § | |

## NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE

COMES NOW, Ascension Capital Group, bankruptcy servicer for BMW Bank of North America, and files this its Notice of Withdrawal of the Request for Notice filed in the above-styled and numbered case on January 14, 2016.

            Respectfully submitted,

            /s/ Marian Garza
            MARIAN GARZA
            ASCENSION CAPITAL GROUP
            P.O. BOX 201347
            ARLINGTON, TX 76006
            (817) 277-2011

            BANKRUPTCY SERVICER FOR
            BMW Bank of North America

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal of the Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 15th day of July, 2016.

                                                /s/ Marian Garza
                                                Marian Garza

**DEBTOR ATTORNEY:**
Timothy B Fisher, II
Fisher and Fisher Law Offices
P. O. Box 396 525 main St
Gouldsboro, PA 18424

**TRUSTEE:**
Charles J DeHart, III
Trustee of the U.S. Bankruptcy Court
8125 Adams Drive,, Suite A
Hummelstown, PA 17036