UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JAVIER REYES                              Case No.: 5-16-00053-RNO
                                          Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**
Creditor Name:                     LOANCARE, LLC
Court Claim Number:                14
Last Four of Loan Number:          Pocono Laurel - PRE-ARREARS - 7880
Property Address if applicable:    1241 MATTIOLI ROAD, FKA 701 POCONO LAUREL LAKE, BARTONSVILLE, PA  18321

**PART 2:**            **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.  Allowed prepetition arrearages:                                         $6,754.75
b.  Prepetition arrearages paid by the Trustee:                             $6,754.75
c.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                        $0.00
d.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                $0.00
e.  Allowed postpetition arrearage:                                         $0.00
f.  Postpetition arrearages paid by the Trustee:                            $0.00
g.  Total b, d, f:                                                          $6,754.75

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 24, 2020          Respectfully submitted,

                                   s/ Charles J. DeHart, III, Trustee
                                   Standing Chapter 13 Trustee
                                   Suite A, 8125 Adams Drive
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   Fax:  (717) 566-8313
                                   eMail:  dehartstaff@pamd13trustee.com

Creditor Name: LOANCARE, LLC
Court Claim Number: 14

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1163787 | 03/09/2017 | $169.40 | $0.00 | $169.40 |
| 5200 | 1165375 | 04/12/2017 | $187.80 | $0.00 | $187.80 |
| 5200 | 1166967 | 05/11/2017 | $187.80 | $0.00 | $187.80 |
| 5200 | 1168507 | 06/13/2017 | $375.60 | $0.00 | $375.60 |
| 5200 | 1170010 | 07/06/2017 | $187.80 | $0.00 | $187.80 |
| 5200 | 1172973 | 09/19/2017 | $375.60 | $0.00 | $375.60 |
| 5200 | 1174362 | 10/11/2017 | $187.80 | $0.00 | $187.80 |
| 5200 | 1175639 | 11/08/2017 | $187.00 | $0.00 | $187.00 |
| 5200 | 1177033 | 12/05/2017 | $187.00 | $0.00 | $187.00 |
| 5200 | 1178423 | 01/11/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1179827 | 02/08/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1182537 | 04/03/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1185596 | 05/15/2018 | $374.00 | $0.00 | $374.00 |
| 5200 | 1179827 | 05/21/2018 | $-187.00 | $0.00 | $-187.00 |
| 5200 | 1187023 | 06/07/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1188326 | 07/12/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1189744 | 08/09/2018 | $374.00 | $0.00 | $374.00 |
| 5200 | 1192369 | 10/10/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1193743 | 11/08/2018 | $186.20 | $0.00 | $186.20 |
| 5200 | 1195112 | 12/13/2018 | $186.20 | $0.00 | $186.20 |
| 5200 | 1196543 | 01/10/2019 | $186.20 | $0.00 | $186.20 |
| 5200 | 1197766 | 02/07/2019 | $372.40 | $0.00 | $372.40 |
| 5200 | 1200259 | 04/11/2019 | $372.40 | $0.00 | $372.40 |
| 5200 | 1201614 | 05/09/2019 | $186.20 | $0.00 | $186.20 |
| 5200 | 1202925 | 06/06/2019 | $186.20 | $0.00 | $186.20 |
| 5200 | 9006257 | 08/07/2019 | $186.20 | $0.00 | $186.20 |
| 5200 | 9006349 | 09/26/2019 | $372.40 | $0.00 | $372.40 |
| 5200 | 9006521 | 11/07/2019 | $195.00 | $0.00 | $195.00 |
| 5200 | 9006611 | 12/12/2019 | $186.60 | $0.00 | $186.60 |
| 5200 | 9006702 | 01/16/2020 | $186.60 | $0.00 | $186.60 |
| 5200 | 9006794 | 02/13/2020 | $223.35 | $0.00 | $223.35 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JAVIER REYES                                                                 Case No.: 5-16-00053-RNO
                                                                             Chapter 13

                    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| LOANCARE, LLC<br>PO BOX 8068<br>VIRGINIA BEACH, VA, 23450 | SERVED BY 1ST CLASS MAIL |
| JAVIER REYES<br>1241 MATTIOLI ROAD<br>BARTONSVILLE, PA 18321 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 24, 2020

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail: dehartstaff@pamd13trustee.com