United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 16-00053-RNO

Javier Reyes                                                  Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                   Page 1 of 3

Date Rcvd: Oct 07, 2020                        Form ID: 3180W                                   Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier Reyes, 1241 Mattioli Road, Bartonsville, PA 18321-7793 |
| cr | + | Ditech Financial LLC fka Green Tree Servicing LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 4739185 | | American Recovery Service Inc, 555 St. Charles Dr., Ste 100, Thousand Oaks, CA 91360-3983 |
| 4749579 | + | BMW Bank of North America, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 4739189 | + | BMW Bank of North America, 2735 E Parleys Way 301, Salt Lake City, UT 84109-1666 |
| 4763818 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4787530 | | Ditech Financial LLC, f/k/a Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 4739202 | | GMAC Mortgage, Customer Care, P.O. Box 4622, Waterloo, IA 50704-4622 |
| 5218857 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 5218858 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 4739206 | | Mercantile Adjustment Bureau, P.O. Box 9055, Buffalo, NY 14231-9055 |
| 4739211 | + | NCB Management Services Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 4739213 | + | Northstar Location Services, 4285 Genesee St, Buffalo, NY 14225-1943 |
| 4786105 | + | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 4739214 | + | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230-3180 |
| 4739215 | | Smith & Cohen, P.O. Box 10645, Saint Paul, MN 55110-0645 |
| 4739198 | | ditech, c/o GreenTree Bankruptcy Dept, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: AISACG.COM | Oct 07 2020 23:08:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 4739186 | EDI: ARSN.COM | Oct 07 2020 23:08:00 | ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 4739183 | + Email/Text: bankruptcy@alliantcreditunion.com | Oct 07 2020 19:09:00 | Alliant Credit Union, P.O. Box 66945, Chicago, IL 60666-0945 |
| 4739184 | EDI: AMEREXPR.COM | Oct 07 2020 23:08:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 4750813 | EDI: BECKLEE.COM | Oct 07 2020 23:08:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4739187 | EDI: BANKAMER.COM | Oct 07 2020 23:08:00 | Bank of america, P.O. Box 982235, El Paso, TX 79998 |
| 4740898 | + EDI: AISACG.COM | Oct 07 2020 23:08:00 | BMW Bank of North America, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 4743466 | EDI: BMW.COM | Oct 07 2020 23:13:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |

| | | | | |
|---|---|---|---|---|
| 4739188 | + | EDI: TSYS2.COM | Oct 07 2020 23:08:00 | Barclay's Bank Delaware, P.O.Box 8803, Wilmington, DE 19899-8803 |
| 4739190 | | Email/Text: cms-bk@cms-collect.com | Oct 07 2020 19:09:00 | Capital Management Service, 698 1/2 South Ogden St., Buffalo, NY 14206-2317 |
| 4739191 | + | EDI: CAPONEAUTO.COM | Oct 07 2020 23:08:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 4740905 | + | EDI: AISACG.COM | Oct 07 2020 23:08:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 4756117 | | EDI: CAPITALONE.COM | Oct 07 2020 23:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4739192 | + | EDI: CAPITALONE.COM | Oct 07 2020 23:08:00 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 4766146 | | EDI: BL-BECKET.COM | Oct 07 2020 23:08:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4739194 | + | EDI: CITICORP.COM | Oct 07 2020 23:08:00 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 4739197 | | EDI: DISCOVER.COM | Oct 07 2020 23:08:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 4739196 | + | Email/PDF: DellBKNotifications@resurgent.com | Oct 07 2020 19:38:43 | Dell Computer/Web Bank, P.O. Box 81577, Austin, TX 78708-1577 |
| 4740571 | | EDI: DISCOVER.COM | Oct 07 2020 23:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4739199 | | Email/Text: railinger@eastpointrecoverygroup.com | Oct 07 2020 19:09:00 | Eastpoint Recovery Group, Inc., 26 Mississippi St., Ste 200, Buffalo, NY 14203-3014 |
| 4739200 | | EDI: FSAE.COM | Oct 07 2020 23:13:00 | First Source Advantage, PO Box 628, Buffalo, NY 14240-0628 |
| 4739201 | | EDI: FSAE.COM | Oct 07 2020 23:13:00 | Firstsource Advantage LLC, P.O. Box 628, Buffalo, NY 14240-0628 |
| 4739203 | + | Email/Text: bknoticing@grantweber.com | Oct 07 2020 19:09:00 | Grant & Weber, Inc., 861 Coronado Center Dr., Ste 211, Henderson, NV 89052-3992 |
| 4739193 | | EDI: JPMORGANCHASE | Oct 07 2020 23:08:00 | CHASE, PO BOX 15298, Wilmington, DE 19850-5298 |
| 4739205 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2020 19:09:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 4739208 | + | EDI: MID8.COM | Oct 07 2020 23:13:00 | Midland Credit Management, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 4739207 | + | EDI: MID8.COM | Oct 07 2020 23:13:00 | Midland Credit Management, 2365 Northside Dr., Ste 300, San Diego, CA 92108-2709 |
| 4774573 | + | EDI: MID8.COM | Oct 07 2020 23:13:00 | Midland Funding LLC, PO BOX 2011, Warren, MI 48090-2011 |
| 4739209 | + | EDI: NESF.COM | Oct 07 2020 23:08:00 | National Enterprise System, 29125 Solon Road, Solon, OH 44139-3442 |
| 4739216 | + | EDI: RMSC.COM | Oct 07 2020 23:08:00 | SYNCB/Paypalextra, P.O. Box 965005, Orlando, FL 32896-5005 |
| 4739217 | | Email/Text: edinkel@vikingservice.com | Oct 07 2020 19:09:00 | Viking Client Services, PO Box 59207, Minneapolis, MN 55459-0207 |
| 4739218 | | Email/Text: BKRMailOps@weltman.com | Oct 07 2020 19:09:00 | Weltman, Weinberg & Reis, PO Box 93596, Cleveland, OH 44101-5596 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | *+ | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 4739195 | *+ | Citicards CBNA, 701 E. 60th St. N, Sioux Falls, SD 57104-0432 |
| 4739204 | ## | Hayt, Hayt & Landau, 123 S. Broad St., Ste 1660, Philadelphia, PA 19109-1003 |
| 4739210 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 4739212 | ##+ | Niagara Credit Solution, 420 Lawrence Bell Dr., Ste 2, Buffalo, NY 14221-8820 |
| 4766001 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |

TOTAL: 0 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Ditech Financial LLC josh.goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Javier Reyes donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| | | |
|---|---|---|
| Debtor 1 | Javier Reyes | Social Security number or ITIN  xxx–xx–1598 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:  5:16–bk–00053–RNO

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Javier Reyes

10/7/20                              **By the court:** Robert N. Opel II
                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 5:16-bk-00053-RNO    Doc 43    Filed 10/09/20    Entered 10/10/20 01:05:15    Desc
Imaged Certificate of Notice    Page 4 of 5

◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

◆ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

◆ some debts which the debtors did not properly list;

◆ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

◆ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

◆ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:16-bk-00053-RNO    Doc 43    Filed 10/09/20    Entered 10/10/20 01:05:15    Desc
Imaged Certificate of Notice    Page 5 of 5